# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/9/2015 11:07:39 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):   **12 -15 -00128- CR**

Trial Court Style:   The State of Texas v. Robert Lafayette Walker

Trial Court & County: County Court No. 3, Smith County   Trial Court No.: 003-82609-14

Date Trial Clerk's Record Originally Due:   Unknown

Date Court Reporter's/Recorder's Record Originally Due:   Unknown

Anticipated Number of Pages of Record: 20

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☒   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐   my duties listed below preclude working on this record:

☒   Other.  (Explain.):   I was not aware this case was appealed until I received a late notice from the Court.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals when payment arrangements have been made. **I hereby request an additional   30      days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

6/9/15                                                             /s/Tandrea Baxter
Date                                                             Signature
 903-590-1694                                                     Tandrea Baxter
Office Phone Number                                           Printed Name
_tandreabaxer@ymail.com___                                    Court reporter
E-mail Address (if available)                                 Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:    Beverly Melontree                    Name:  Michael West

Address:   213 S. Fenton Ave                    Address: Smith County Courthouse, 4th Floor

       Tyler, Texas 75702                          Tyler, Texas 75702

Phone no.:   713-480-2674                    Phone no.:   903-590-1724

Attorney for: Appellant                    Attorney for:  State

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name:                              Name:

Address:                            Address:

Phone no.:                          Phone no.:

Attorney for:                        Attorney for:

Additional                  information,                  if                  any: